UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN SANCHEZ | Case No. 16-CV-07056 |
|     Plaintiff, | |
| v. | Honorable Andrea R. Wood<br>Judge Presiding |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, JOHNSON BLUMBERG & ASSOCIATES, LLC and SETERUS, INC., | |
|     Defendant. | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COUNTS I, III, AND IV OF PLAINTIFF'S COMPLAINT**

Defendants Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc. ("Seterus") (collectively, "Defendants"), by their counsel, move to dismiss Counts I, III, and IV of the Complaint filed by Carmen Sanchez ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6), and state as follows:

1. Plaintiff's Complaint fails to state a valid cause of action against either Fannie Mae or Seterus, and thus should be dismissed pursuant to Rule 12(b)(6). *See* Fed. R. Civ. P. 12(b)(6).

2. Defendants contemporaneously file their Memorandum in Support of this Motion.

3. For all these reasons, which are discussed in greater detail in Defendants' Memorandum in Support of this Motion to Dismiss, Counts I, III and IV of Plaintiff's Complaint should be dismissed with prejudice and without leave to amend.

WHEREFORE, Fannie Mae and Seterus respectfully request that the Court grant their motion, dismiss Counts I, III, and IV of Plaintiff's Complaint, with prejudice and without leave to amend, and that the Court grant such further relief as it deems just and appropriate.

Dated: September 6, 2016				Respectfully submitted,

					**FEDERAL NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC.,**

					By:	/s/ Allan Z. Enriquez
						Allan Z. Enriquez, Esq.
						MAURICE WUTSCHER LLP
						105 W. MADISON ST., 18TH FLOOR
						Chicago, IL 60602
						Phone: (312) 416-6170
						Fax: (866) 581-9302
						E-mail: aenriquez@mauricewutscher.com

## Certificate of Service

The undersigned hereby certifies that on this **6th day of September, 2016**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

<u>s/ Allan Z. Enriquez</u>