# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Carmen Sanchez

                      Plaintiff,

v.                                                       Case No.: 1:16–cv–07056
                                                            Honorable Andrea R. Wood

Federal National Mortgage Association, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 31, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the Memorandum Opinion and Order to follow, Defendants' motion to dismiss [26] is granted. Plaintiff is granted leave to file an amended complaint that remedies the pleading deficiencies discussed in the Memorandum Opinion and Order by 4/23/2018. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.